UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**UNDER SEAL**

UNITED STATES OF AMERICA

v.

JASON BRICE MARQUAND, and
DALE ANDREW GRASSER,

Defendants.

Case No. 3:13-cr-00565-KI

INDICTMENT

21 U.S.C. §§ 841(a)(1), 846
21 U.S.C. § 853
18 U.S.C. §§ 922(g)(1), 924(d)
28 U.S.C. § 2461(c)

THE GRAND JURY CHARGES:

### COUNT 1:
### Conspiracy to Distribute Methamphetamine

Between October 2013 and November 19, 2013, in Multnomah and Washington Counties, within the District of Oregon, **JASON BRICE MARQUAND and DALE ANDREW GRASSER**, defendants herein, did knowingly and willfully combine, conspire, confederate and agree with each other and with others both known and unknown to the Grand Jury, to distribute methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846. The Grand Jury further charges, pursuant to Title 21, United States Code, Section 841(b)(1)(A)(viii), that this violation involved 50 grams of actual (pure) methamphetamine.

### COUNT 2:
### Distribution of Methamphetamine

On or about October 10, 2013, in Multnomah County, within the District of Oregon, defendant **JASON BRICE MARQUAND** did knowingly and intentionally distribute methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). The Grand Jury further charges, pursuant to Title 21, United States

Code, Section 841(b)(1)(A)(viii), that this violation involved 5 grams of actual (pure) methamphetamine.

## COUNT 3:
### Distribution of Methamphetamine

On or about November 12, 2013, in Multnomah County, within the District of Oregon, defendant **JASON BRICE MARQUAND and DALE ANDREW GRASSER** did knowingly and intentionally distribute methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). The Grand Jury further charges, pursuant to Title 21, United States Code, Section 841(b)(1)(A)(viii), that this violation involved 50 grams of actual (pure)  methamphetamine.

## COUNT 4:
### Felon in Possession of a Firearm

On or about July 3, 2013, in Multnomah County, within the District of Oregon, defendant **JASON BRICE MARQUAND**, having been convicted of crimes punishable by imprisonment for a term exceeding one year, specifically:

- A. Unauthorized Use of a Motor Vehicle, on or about July 25, 2012, in the State of Oregon for Clackamas County Circuit Court, Case Number CR1102053;

- B. Felony Possession of Methamphetamine, on or about December 27, 2007, in the State of Oregon for Multnomah County Circuit Court, Case Number 07-11-35528;

did knowingly and unlawfully possess one or more of the following firearms, to-wit:

- 1. A Springfield Armory pistol, model XD40, .40 caliber, with serial number US395370;

- 2. a Glock pistol, model 17, 9mm caliber, serial number ACL160US;

Page 2  - INDICTMENT, *U.S. v. J. Marquand & D. Grasser*

which had previously been transported in interstate commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

## CRIMINAL FORFEITURE -DRUG OFFENSE

As a result of committing one or more of the controlled substance offenses alleged in Counts 1-3 of this indictment, **JASON BRICE MARQUAND and DALE ANDREW GRASSER,** defendants herein, shall forfeit to the United States pursuant to Title 21 United States Code, Section 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations.

## CRIMINAL FORFEITURE ALLEGATION - FIREARMS

Upon conviction of one or more of the offenses alleged in Counts 4 and 5 of this indictment, defendant **JASON BRICE MARQUAND**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section

///
///
///
///
///
///
///
///
///

Page 3 - INDICTMENT, *U.S. v. J. Marquand & D. Grasser*

2461(c), the firearms and all associated ammunition involved in that offense, including without limitation:

1. A Springfield Armory pistol, model XD40, .40 caliber, with serial number US395370;

2. A Glock pistol, model 17, 9mm caliber, serial number ACL160US; and

3. A Colt Python revolver, .357 caliber, with serial number T76890.

DATED this 3rd day of December 2013.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

S. AMANDA MARSHALL
United States Attorney

_____
LEAH K. BOLSTAD, OSB #052039
Assistant United States Attorney